### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------

| | |
|---|---|
| BRIAN PULLINGER | : |
| | : Civ. Action No.: 22-00268-NLH-SAK |
| *Plaintiff,* | : |
| v. | : |
| | : |
| ARTHUR R. TODD d/b/a ARTHUR R. TODD ELECTRICAL CONTRACTOR | : |
| | : |
| *Defendant.* | : |

------------------------------------------------------------

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Brian Pullinger ("Plaintiff"), having reached a preliminary resolution of his individual claims under the Fair Labor Standards Act against Defendant Arthur R. Todd d/b/a Arthur R. Todd Electrical Contractor ("Defendant") (collectively with Plaintiff, the "Parties"), hereby moves unopposed before this Honorable Court for an Order approving the Parties' proposed Settlement Agreement.

Plaintiff's arguments in support of this Unopposed Motion are explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated herein by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: */s/ Michael Groh*
Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210

murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: September 21, 2022

## CERTIFICATE OF SERVICE

I, Michael Groh, Esquire, hereby certify that on September 21, 2022, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing the following counsel:

> Steven Kudatzky, Esq.
> Attorney-at-Law
> 8000 Sagemore Drive, Suite 8302
> Marlton, New Jersey 08053
> 856-988-3131
> 856-988-0194 (fax)
> skudatzky@comcast.net
> Attorneys for Defendant

                                                       */s/ Michael Groh*
                                                       Michael Groh, Esq.

Dated: September 21, 2022