**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

BRIAN PULLINGER,

        Plaintiff,

    v.

ARTHER R. TODD ELECTRICAL
CONTRACTOR, INC.; ARTHUR R.
TODD ELECTRICAL CONTRACTOR,

        Defendants.

No. 1:22-cv-00268-NLH-SAK

**ORDER**

---

**HILLMAN**, District Judge

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   4th   day of October, 2022

    ORDERED that the Plaintiff's Uncontested Motion to Approve Settlement (ECF No. 17) be, and the same hereby is, GRANTED; and further,

    ORDERED that the Clerk of Court of the Court shall mark this matter as CLOSED.


                       s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.